**Antonio BLANCHARD, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 95579.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 14, 2011.

Maleaner Harvey, St. Louis, MO, for appellant.

Chris Koster, Mary Highland Moore, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Antonio Blanchard appeals from the motion court's judgment denying his Rule 29.15[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2011).

---

1. All rule references are to Mo. R.Crim. P.2011, unless otherwise indicated.